**Electronically Filed
Supreme Court
SCWC-14-0000870
27-DEC-2019
03:09 PM**

SCWC-14-0000870

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROBERT GRINPAS and ESTHER GRINPAS,
Respondent/Plaintiffs-Appellees/Cross-Appellees,

vs.

KAPAA 382, LLC, a Hawai'i Limited Liability Company;
Respondent/Defendant-Cross-Appellee,

KULANA PARTNERS, LLC, a Hawai'i Limited Liability Company;
Petitioner and Respondent/
Defendant/Third-Party Plaintiff/Cross-Appellant,

and

WILLIAM R. HANCOCK,
Respondent and Petitioner/Defendant-Appellant/Cross-Appellee.

------------------------------------------------------------------

KULANA PARTNERS, LLC.,
Petitioner and Respondent/
Defendant/Third-Party Plaintiff/Cross-Appellant,

vs.

WILLIAM R. HANCOCK, Trustee of HANCOCK AND CO., INC.,
PROFIT SHARING TRUST under trust instrument April 3, 1993,
Respondent and Petitioner/
Third-Party Defendant/Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000870; 5CC071000132)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner William R. Hancock's application for writ of certiorari, filed on November 7, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, December 27, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson